# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-mj-218 (ZMF) |
| WILLIAM CHRESTMAN, | Chief Judge Beryl A. Howell |
| Defendant. | |

## TRANSPORT ORDER

Having granted the government's Motion for Review of Release Order and for Pretrial Detention, ECF No. 7, and ordered that the defendant William Chrestman be detained pretrial pursuant to 18 U.S.C. § 3142, it is hereby

**ORDERED** that the United States Marshals Service transport the defendant forthwith from the District of Kansas to the District of Columbia for pretrial detention in this matter.

**SO ORDERED.**

DATE: February 23, 2021

_____
BERYL A. HOWELL
Chief Judge