**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :   Case No. 21-cr-160 |
| v. | : |
| | : |
| **KUEHNE ET AL.** | : |

## JOINT STATUS REPORT AS TO DEFENDANT WILLIAM CHRESTMAN'S TRANSPORT TO THE DISTRICT OF COLUMBIA

On March 26, 2021, the government was informed by the U.S. Marshal's Service that Defendant William Chrestman has successfully been transported to the District of Columbia and has been processed accordingly. He is now held at the D.C. Jail. Therefore, the Transport Order signed by Chief Judge Howell on February 23, 2021 (ECF No. 15) has been fulfilled.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

*/s/Christopher A. Berridge*
Christopher A. Berridge
Assistant United States Attorney
GA Bar No. 829103
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-6685
Christopher.Berridge@usdoj.gov

*/s/Peter Cooper*
Counsel for Defendant Chrestman
400 Fifth Street, NW
Suite 350
Washington DC. 20001
Tel:    202.400.1434
Fax:   202.600.2822
eml:   pcooper@petercooperlaw.com