AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>**WILLIAM CHRESTMAN**<br>**also known as BILLY CHRESTMAN**<br><br>*Defendant* | ) ) ) ) ) ) ) | Case: 1:21-mj-00218<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 2/10/2021<br>Description: COMPLAINT W/ARREST WARRANT |

U.S. MARSHAL-DC 4:10:5
RECEIVED FEB 12 '21

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __WILLIAM CHRESTMAN also known as BILLY CHRESTMAN__
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
See attached affidavit, which is incorporated herein by reference.

Date: __02/10/2021__

2021.02.10
15:36:07 -05'00'
*Issuing officer's signature*

City and state: __Washington, D.C.__     __Zia M. Faruqui__, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __02-10-2021__, and the person was arrested on *(date)* __02-11-2021__
at *(city and state)* __Olathe, KS__.

Date: __02-11-2021__

*Arresting officer's signature*

__TFO Vincent Kidson__
*Printed name and title*