UNCLASSIFIED

████████████████
████████
███████████████████████
████████████████████████████████

████████████████████████

[noise]

WC:        Fuck yeah, I'm okay. [noise] [pause]

███        [UI]

WC:        A co--y--'cause yeah, what we did, we stormed the Capitol Building, we rushed that shit, we took that house back. [noise]

███        [UI]

WC:        We're on our way back. We're on our way back, uh--to the house of--[noise]

███        [UI]

WC:        Yeah, but me and two others [noise], we were first ones through the gate. We lead everybody in [laughter]. We lead them--lead them, not let them. [noise] [pause]

███        [UI]

WC:        Okay, uh--absolutely! [noise]

████████████████████████████████████

[noise]

[End of recording]

UNCLASSIFIED

███████████████████
████████████
█████████████████████████████
████████████████████████████████████

████████████████████████████████████████████

| | |
|---|---|
| ███ | Hello? |
| WC: | Hi, ████████ |
| ███ | Hi. |
| WC: | Oh . . . shit! I am sore-- |
| ███ | [OV] What? |
| WC: | --and I'm tired. |
| ███ | Oh. You sound scratchy, you been yelling? |
| WC: | Th--[noise] that and fucking uh--CS gas and pepper spray. I boxed a-- |
| ███ | [OV] [UI] that. |
| WC: | --I boxed a cop. I got--part of his uh, fucking uh, body armor, cause I thought he was attacking one of our boys, turns out it wasn't one of our boys, some other fucking dickhead had uh . . . orange tape on his, uh--[noise] he-helmet, but anyways, the cop was being kind of a dick. Uhm . . . [pause] it w--it was insane. It was insane and you know wha--you know what happened today? Because o-- |
| ███ | [OV] No. |
| WC: | --because of, uh, we stor--we stormed the Capitol Building and we took it over. They're sti--they're still in there do--uh, doing shit . . . [pause] refusing to leave. We made, uh--fucking uh--the House leave. Like, they couldn't-- |
| ███ | [OV] [UI] |
| WC: | --finish their vote. |

UNCLASSIFIED

█████████████████

████████████

████████████████████████████

██████████████████████████████████████

[noise]

█████          [UI]

WC:          [OV] We--[pause] but--that hasn't been done [noise] since 1850.

█████          Yeah.

WC:          [noise]

█████          No, I wanted to call you back, ███████████████████████ I wanted to like, know what it--what happened.

[pause]

WC:          Yeah, that's--

[noise]

█████          ██████████████████████████████████████

WC:          █████████████

█████          ████████████████████████

WC:          Oh, yeah. [noise] No, ████████when I show you the videos, you're gonna be like, "Holy fuck!" This started the rev--

█████          [OV] So it was--

WC:          [OV] No, ████████████

█████          [OV] chaos?

WC:          --Oh yeah, no--it was--it was different than chaos. We t--[noise] like--the people took control--

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

UNCLASSIFIED



WC:     But, uhm . . . but, no, ████████ we took-we-we took over the fucking uh--the Capitol Building.

████     Okay, so it was chaos in a different way, cause, every--████████ made it out like it was chaos, like the BLM, like--

WC:     [OV] Mm.

████     --cop cars were being flipped over and they were [UI]--

WC:     [OV] No, no, they--we took over the State Capitol. I mean the uh--uh, Federal Capitol Building. [pause]

████     ████████████████

WC:     ████████████

████     ████████████████ I was like, "Are you watching all the--all the chaos, [UI] are you watching it?"

WC:     Fuck--fuck, yeah!

████     [OV] "Maybe."

UNCLASSIFIED

UNCLASSIFIED

█████████████

██████████

███████████████████

██████████████████████████

WC:         It needed to happen. And uh--

████        [OV] [UI]--

WC:         [OV]--because--

████        ███████████████████████████
            ████████████

WC:         [OV] That was--

████        ██████████████████

WC:         --that was wh--that was what was going on--[noise] on-on-on the floor.

            [noise]

            [pause]

████        So, when you say you boxed a cop, you mean like, you fought a cop?

WC:         Yeah. [noise]

████        I'm [UI] you didn't get arrested. [noise]

WC:         Dude, they-they were--

████        [OV] You're probably on that

WC:         [OV]--we had--we had--

████        [OV] do-not-fly--

WC:         [OV]--we had--we had--

████        [OV] list anyway.

WC:         [OV]--total control of-of everything in there.

            [pause]

            [noise]

██████████████████
████████████
██████████████████████████
████████████████████████████████████

███         You're probably on a do-not-fly list.███

WC:         ██████████

███         [OV] They probably think--

WC:         [OV]█████████you know, how--

███         [OV] you're a terrorist. [noise]

WC:         --you--you know how they were trying to get a million people there? [noise] [pause] I think there were--

███         [OV] Yeah--

WC:         --like, two million people there. There were--

███         [OV] Really?

WC:         Oh, my God! Oh . . . my God!--

███         [OV] [UI]

            [noise]

WC:         and . . . they a--they all followed us, Proud Boys. We-we marched [noise] straight--we marched straight from the uh, uh, Washington Memorial . . . all the--

███         [OV] M-hm.

WC:         --all the way down to the, uh, Capitol Building and . . . uh--

███         [OV] Pretty sure when I talked to you, you said that [noise] storming the Capitol was not happening. [noise]

WC:         [noise] I didn't think it was--it was--[noise] it wasn't planned, sweetheart.

            [noise]

███         [UI] [noise] Is it true that the Proud Boy guy, the lead got arrested and got told [noise] not to come to DC? [noise]

7

UNCLASSIFIED

██████████████

████████

███████████████████████

█████████████████████████████████

WC:    Yeah, well, that's--[noise] what started all this shit. [noise] Cause he got arrested for bullshit. For burning a--a Black Lives Matter banner--

████    [OV] [UI]

WC:    --[noise] that was just hanging on a fence. You know what I mean? And he didn't even do it. It was just other Proud Boys--

████    [OV] Like, people were burning American flags--

WC:    --e-exactly--

████    [OV] [UI]

WC:    --and they're taking them [noise] out of people's hands, which is actually private property, you know?

████    Yeah.

WC:    But it--what happened was, a bunch of Proud Boys got tired of it and they--they tore down a-a paper BLM uh, [noise] homemade, bullshit banner that somebody just left hanging on a--on a fence. They tore it down and they burned it. [pause] [noise] [unintelligible background conversation] And--[noise] and so--they fucking--you know what I mean? But, what happened was, everybody got so pissed [noise] and then, uh, when we heard that, [noise] uh--that--what's his name? Our piece of shit Vice President Pence was gonna cuck under [noise] and . . . not do the right thing [noise] with the votes, we wa--uh, we decided to head down to the--uh, back down to the Capitol. 'cause we circled it, and then we walked past it, and then we walked down the street and then--

████    [OV] Yeah.

WC:    --[noise] so we walked back to the Capitol Building. [noise] And . . . uh, we went up to the fence and the first fence that was up there--bunch of people were standing against it, yelling at the cops, the cops started getting nervous and then--so I kicked the fence, I said, uh--uh--"We wan--we wanna talk to the fucking House right now!" [noise] And . . . all these people started yelling and, uhm, I kicked the fu-fucking fence again. Me and this fi--uh, five-foot l--little twenty-year-old girl and her brother that uhm--were palling around with me, because they knew somebody in the Proud Boys, but they couldn't find them. So, they wanted to hang--

███████████████

████████████

████████████████████████████

████████████████████████████████████

██████      [OV] Yeah.

WC:      [OV]--you know what I mean? They--they were there with them, but they got-- they got--cut off. So, they hung with me for like the entire thing, because--you know what I mean, all they knew was that the Proud Boys would take care of them and--

██████      [OV] Yep.

WC:      [OV]--when I kicked that fence, holy shit, those two just lunged at the fence, dude. We-- knocked it down and everybody rushed.

██████      Wow! [noise] I'm surprised the cops didn't automatically start shooting you guys.

WC:      Oh, no. No, no, no, no! [pause] That's what people think, they don't--they think, "They don't have control." We had total control.

     [pause]

██████      ████████████████ you should see the news here. [noise]

WC:      [noise]

██████      They went--

WC:      [OV] [noise]

██████      [OV]--downtown to the Plaza to ask--

WC:      [OV] [noise]

██████      [OV]--random people their opinion [noise] and it's all like--people--

WC:      [OV] Well, yeah, they're only gonna show the bad--

██████      [OV]--with Black Lives Matter masks and--

WC:      [OV] Yeah.

██████      [OV]--gay guys. I'm like, "Really?"

     [unintelligible background conversation]

WC:        Yeah. [noise] [pause] It's crap.

████        But you're not going back, are you?

WC:        No, we're done, we're done for the night, we're in.

████        [OV] Okay.

WC:        And they got the whole uh, Washington DC area on lockdown right now [noise]. Curfew until s--

████        [OV] [UI] the 6 PM curfew.

WC:        Yeah . . . But, uhm . . . [noise] I--I fucking started it ████████

████        That's cool.

WC:        Yeah, I started a revolution. Because--[noise] once everybody heard about this, and then uh, we cleared out the House--[noise] uh, they evacuated the House and everything, to stop those votes. So the votes stopped, and then, uh . . . uh, when word of it got out, on the news [noise] people--uh, patriots in [noise] Georgia went and stormed the uh--[noise] the Capitol Building in Georgia, where all the votes were stolen and shit.

████        [OV] Yeah, they stormed Topeka as well--

WC:        [OV]--and Topeka and--

████        [OV] and Jefferson City.

WC:        Yeah--J--oh, Jefferson City, too?

████        Yeah.

WC:        And in Oregon. So, four State Capitols that--[UI] I know of now, got stormed too because of this.

████        Yeah.

WC:        Now, I--████████ fucking [noise] fired the first shot, man [laughter].

            [noise]

███████████████

██████████

████████████████████████████

███████████████████████████████████

████        ██████████████████████████████████

[noise]

WC:        [OV] Oh, well, yeah, I was--

████        [OV]--those damn super--

WC:        [OV] all over--

████        --no. There was a guy in a Superman outfit with a Trump mask on. I was like, [UI]--

WC:        [OV] No, no, that wasn't me--

████        [noise]

WC:        --I was wearing a bla--uh, I was wearing a black hoodie, uhm, green body armor and most of the time I was wearing eit-either a black ball cap or a black beanie, uh, but--once we got up in there and we were, uh--[noise] uh . . . fucking with the cops [noise] and stuff, [noise] I uh--went and put my uh . . . uh, helmet on. [noise]

████        I wanna see you in your body armor.

WC:        Oh, I took tons of videos, [noise] you're gonna see it. [noise]

████        Yeah, I'm excited.

WC:        Yeah, it was awesome.

████        So, um--

WC:        [OV] Uh, the government even said, uh [stammers] this was the start of the revolution. [noise] [pause]

████        Yeah?

WC:        Yup! I knew--I knew we were going down there and s--witness history, I just didn't realize, you know . . .

████        It was just like--

UNCLASSIFIED

WC:        [OV] It--w-we were gonna make it. [laughter] Fucking--I'm so--[UI] [noise]
           ████████ I am so excited. [noise] I mean, that--[noise]



WC:        [SC] What's up? [SC]

           [pause]

WC:        [OV] Yeah. [noise]

           --and I . . . mentioned, I was--I was like--

UNCLASSIFIED

WC:       [OV] Don't tell any--don't tell anybody the details. I'm seri--no, I'm serious.

████      No, I didn't.

WC:       Okay, 'cause they're probably gonna start sca--combing through video and looking for--you know what I mean?

████      Yeah. But uh--[noise] I mentioned that you were there, like, not even thinking about it, and she just looks at me and says--

████      ████████████████████

████      [OV] "Is ██████ a Proud Boy?"

WC:       [OV] [laughter]

████      ████████████████

████      [OV] And I was like, "You know what? Yeah, he is."

████      ████████████████████████

          [pause]

          [noise]

████      I was like [UI]--

████      ████████████████████████████.

████      But I was--I was like, "You know what?" [noise] "Yeah, he is." And . . . ████ ██ goes, "Really?" I'm like, "Yeah, [noise] he is."

WC:       [noise]--

████      [OV] And ██ goes--

WC:       ██████ you don't have to tell people that.

████      [UI] I've ever seen of them [noise] Well, no--I'm just--you know . . . I was like, "Yeah, you know, he is." ████████████████████████████
          ████████████████"Oh, if anyone's in riot, it's gonna be a Proud Boy."

13

UNCLASSIFIED

███████████████████
███████████████
███████████████████████████
████████████████████████████████████████

WC:    You know what--you--you know what happens when we were there today?
       [noise] Before all this shit started--[noise] [pause] people were--uh, patriots from
       all over the country--no bullshit, coming up askin', "Are you guys Proud Boys?"
       And we're like, "Uh, yeah!" And they go, "Oh, my God, could we get our
       pictures taken with you guys? You guys are great!" Uh--they were treating us like
       fucking rock stars! They--uh, giving us water and all kinds of other--you know
       what I mean? Drinks,  y--whatever, [noise] you know--

███    [OV] Yeah.

WC:    --trying to offer stuff all the time [noise]. We're like, "No, no, no, it's not about
       that [UI] [noise] Thank you guys for coming out and helping us!" You know?
       And . . . uhm, I'm not kidding you, [noise] they were treating us like rock stars.
       And . . . one of my--

███    [OV] [UI]

WC:    --███████████████████████████████
       ██████████████████████████
       ████████████████████████████████
       █████████████████████████

███    [OV] Yeah.

WC:    █████████████████████████████
       ██████████████████████████████
       ███████████████████████████  I--I go,
       "Billy Chrestman." And ██ goes, "Where--uh, wh--what--what chapter are you
       with?" I said, "Uh, Kansas City."████████████
       ████████████████████████████

███    [OV] [UI]

WC:    ███████████████████████████████
       ███████████████████████████████████
       ████████████

███    Mm-hmm--

14
UNCLASSIFIED

WC:        And then, afterwards, uhm, that was probably, [noise] uhm, about 15 minutes before we walked back up to the Capitol, I said--[stammers] and I asked--I-I said, "Uh, we're getting ready to walk back up there, uh--do you wanna, uhm . . . go with us?"

          [OV] Mm-hmm.

WC:        And oh, my God, it was--it was effing cra--[noise] it was the craziest shit I've ever seen. I was like, standing there in awe . . . walking through the State Building, everybody running around, yelling, [noise] "Whose house? Our house! Whose house? Our house!" You know what I mean? And--

UNCLASSIFIED

■■■      [OV] You enjoyed it.

WC:      --the Police were shitting bricks, they were like--you know what I mean? A--a--and--they tried to put the security doors up and we all shoved uh, fucking uh--chairs and stuff under and when some guys started getting out of hand, and started trying to like, loot and . . . [noise] and break shit, we're like, "No, we--we're not about that crap, [noise] you guys put that shit down. We're not here to loot, we're not here to break anything, we're here--we're here to uh--make a--make a statement--"

■■■      [OV] That's not good.

WC:      --Yeah. I said, "We're not Antifa, we're not--" a--and you know what? Everybody listened and we w--like--[pause] ou--out of the two million people, there was maybe . . . [noise] 600 Proud Boys, you know?

■■■      Yeah--

WC:      [OV] and--

■■■      --You know--

WC:      [OV] just because was a Proud Boy--

■■■      --[UI]

WC:      [OV] they--they all listened--

■■■      --[UI] [pause] [noise] What?

WC:      But, just because I was a Proud Boy everybody like listened to--"Oh, o--okay, sor--we're sorry, we're sorry, we're sorry [stammers]" and like, "Dude--

■■■      [OV] Yeah.

WC:      --it's not about all that. Think about it, dude. They're gonna paint us just as bad as they do BLM and--and . . . Antifa [UI], [noise] you know?"--

■■■      [OV] Yeah, [UI] they're--[noise] they're calling, uh . . . ever--like, everyone--

WC:      [OV] [noise]

UNCLASSIFIED

███████████

████████

█████████████████████

██████████████████████████

| | |
|---|---|
| ███ | --I know on social media is saying that these are worse than the BLM riots and everything, I'm like--[pause] "How many rubber bullets were--were shot?-- |
| WC: | [OV] [noise] |
| ███ | --how many people were arrested?--[UI]" |
| WC: | [OV] Nah, one guy wh--uh--wh--uh--some people [noise] got really hurt, I don't know if that lady died, but they shot a lady in the neck. |
| ███ | She did. |
| WC: | Yeah. And then uh-- |
| ███ | [OV] She did die. |
| WC: | --they were thr--they were throwing uh--uh, concussion grenades right at us-- [pause] one went off and blew a dude's cheek half-off. |
| | [noise] |
| ███ | Oh, my God! |
| WC: | Yeah. [noise] |
| ███ | But--it was the police doing that [noise]-- |
| WC: | [OV] Yeah! |
| ███ | --because nobody went-- |
| WC: | [OV] Yeah! |
| ███ | --there to riot-- |
| WC: | [OV] Yeah. We didn't-- |
| ███ | [OV]--they went-- |
| WC: | [OV] I--I--I fought one-- |
| ███ | [OV]--[UI] |

UNCLASSIFIED

UNCLASSIFIED

WC:        --I fought one cop--actually, we were on the cops' side, like a lot of guys were trying to get crazy with the cops and we--like, stood in between them, we're like, "No!" You know?--

▮▮▮        [OV] Yeah.

WC:        "Hey, we're not fighting cops, we're not doing this and that--" you know? I said, we will get by them, but we're not gonna sit there and beat the crap out of them-- and the cops were actually thanking us. You know? Thanking the Proud Boys--

▮▮▮        [OV] Yeah.

WC:        --and . . . uhm . . . I only fought one cop, because he was an asshole and he was-- he   was on top of a dude and I saw the orange stripe u--uh, sticker on his--helmet and--

▮▮▮        [OV] Mm-hmm.

WC:        --I thought he was one of us. He wasn't, he was--he was a dude that was kinda hanging out, but he was like--I think it was a wannabe, he--he said he was from the--uh--

▮▮▮        [OV[ Yeah.

WC:        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and shit like that, he was there by--all by himself and he said he wanted to hang out with us. We were like, "Well, okay, but"-- you know?

▮▮▮        Yeah.

WC:        And we kept correcting him every time, like, somebody would say something, he'd go, "We--" I said, "No, you're not a Proud Boy." And he'd go, "Oh, w--w-- they--

▮▮▮        [OV] Yeah.

WC:        --and I--" you know?

▮▮▮        Yeah.

WC:        But . . . [noise] o--our membership is gonna explode, people--with people wanting to--[pause]

UNCLASSIFIED

█████████

█████

████████████████

█████████████████████

█████  Yeah, how did you go about that? Like, how did you--

WC:  [OV] you--you look it up online, like, look for the Proud Boys' official website and then uhm . . . you--you look for the--how to join. You know what I mean? And  then, you gotta--you gotta get in contact with the--with the--uhm . . . uh, Chapter Pre--President in your area, you know what I mean? ████████████████

█████  Uh-huh.

WC:  And, uhm, it's like a get-to-know-you thing [noise] like it--it took--

█████  [OV] Yeah.

WC:  --I got fast-tracked in, but it--it still took me about three months. So--some guys, it takes a year--

█████  [OV] Yeah. [noise] Oh, wow!

WC:  Yeah.

█████  ████████████████ you were a Proud Boy, █████ like, "All I've ever seen of them is them, uhm, beating up random black people." And I was like, "That's just not--

WC:  [OV] No.

█████  --what it is at all. No."

WC:  No.

█████  But I was like, "Can you not tell anyone?" ████████████ ████████████████ ████████████████ ███████

WC:  ████████████████

█████  --no, █████ said, "I'm not gonna tell anyone." ████████████ ████████████

WC:  Yeah.

UNCLASSIFIED

UNCLASSIFIED

███████████████
████████████
████████████████████████
██████████████████████████████████████

███        ██████████████████████████████████████████
        ████████

[pause]

WC:     It was crazy. [pause] You know--and--and--like--[pause] it's still not even like quite hitting me just how historic--[pause]

███     Yeah--

WC:     [OV] This day was. You know what I mean?--

███     [OV]--Yeah. Oh, yeah, [UI] they're showing people are still out there.

WC:     Oh, yeah, no--th--th--they're--there's still a whole bunch of people in the House. [noise] And I'm like, "Fuck, dude." This is--just ridiculous, 'cause we--we were only 600, but we had all two million people fucking following us . . . over there--

███     [OV] Yeah.

WC:     --you know what I mean? And--

███     [OV] Yeah.

WC:     --And . . . it started o--it started off just--[noise] just about like--[noise] eight . . . nine hundred people [noise] or something at first, storming the gate and then people [noise] saw all the ruckus and--and like the--the--flags and stuff going up the . . . steps and every--so, everybody started running from the Washington Monument over, which is about a mile away. [noise] But you could see it--

███     [OV] Yeah.

WC:     --because it's a clear shot, you know? And it's just--

███     [OV] Yeah.

WC:     --it was intense.

███     That's really cool.

WC:     But we all had--I mean, everybody had like--like--I had a [sic] axe handle and a lot of people had, uhm . . . sticks--and nobody hit a cop--[pause] that I'm aware of--

UNCLASSIFIED

UNCLASSIFIED

███████████████████████
██████████████
███████████████████████████████████
████████████████████████████████████████████

██████        [OV] Yeah.

WC:           --you know what I mean? Like--

██████        [OV] Yeah.

WC:           --the cops were even jabbing us, [noise] like that--that little girl that wa--was--w-
              with me, the cop was trying to fucking jab her in the eye with like this--

██████        [OV] Yeah.

WC:           --little skinny baton. And I caught it, three times. You know what I mean?

██████        M-hm--

WC:           [OV] And I kept holding her back. And--she was feisty.

██████        Yeah.

              [noise]

WC:           I'm not gonna lie, if I was 20 years younger--[noise] you know what I mean? I--
              [laughter]--

██████        [OV] [laughter]

WC:           --and not married--you know?

██████        Right.

WC:           'cause she w--she was fucking awesome and feisty, but--[pause] her--[UI]--
              honestly, the way I l--I looked at her and her brother, ████████████████████
              ████████████████████████████████████

██████        [OV] Yeah.

WC:           -████████████████████████

██████        Yeah.

              [pause]

UNCLASSIFIED

UNCLASSIFIED

WC:        And they kept gettin'--

███        [OV] I didn't know, I was having like, a panic attack there with all those [UI]"--

WC:

███        [pause]

WC:

███        Yeah--

WC:        [OV] 'cause of Antifa, you know? But--[pause]

███        Yeah.

WC:        We had Antifa--

███        [OV] Was Antifa there?

WC:        --oh, [noise] they tried a couple--a couple of 'em tried to like, dox us in the morning, [noise] like taking my picture and stuff like that, and we just started, you know--[noise] told 'em, "Come on over, come on over!" but they--they kept stayin'--standing behind the cops.

███        Yeah.

WC:        Said, "You want my picture? Come on over, talk to me, I'll give you all my information [noise]" You know what I mean?

KC:        Yeah.

███        And . . . they wouldn't--[noise] they wouldn't do it.

KC:        Well . . . I'm glad you are safe. I was scared, when I--especially when I heard there were shots fired.

███        Yeah.

UNCLASSIFIED

UNCLASSIFIED

██████████████

██████

███████████████████

██████████████████████████

███   So yeah, that lady died.

WC:   That sucks. [noise] See, I don't know what she did to get shot, [noise] though, 'cause there were some people--

███   [OV] Nothing.

WC:   --that were act--there was a couple of people that were acting the fool.

[noise]

███   Yeah.

WC:   And some of those--those--some of those cops were legitimately scared.

[pause]

[noise]

███   Wait, did you--like--did that girl that was with you all day, like, leave when you di--guys did?

WC:   Yeah.

███   Okay, it wasn't her--

WC:   [OV] Cause I told her when we're--No, hell no. [pause] We took ca--we all took care of each other, you know what I mean? Everybody from the KC Chapter--

███   [OV] Okay.

WC:   --and they were--they were with us, ██████████████████

███████████████

███   ███████████

███   █████████

███   ████████

███   ████████████

███   ███████████████

UNCLASSIFIED