UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )

v.    )    Case No. 21-CR-160-5-TJK

WILLIAM CHRESTMAN,    )    Hon. Timothy J. Kelly

       Defendant    )

_____

**APPEARANCE OF COUNSEL**

NOW COMES Attorney Michael Cronkright and tenders his appearance as attorney for Defendant William Chrestman.

_____
Michael J Cronkright (P52671)

**MOTION AND ORDER FOR SUBSTITUTION**

NOW COMES Defendant William Chrestman, by and through his attorney, Michael J. Cronkright and moves this Honorable Court for an order substituting Michael Cronkright for Peter A. Cooper.  Michael Cronkright represents to the Court that he has communicated with Mr. Chrestman in person and he has expressed his specific desire and intention that attorney Cronkright replace his prior attorney.

| Respectfully submitted: | Approved: |
|---|---|
| _____ | */s/ Peter A Cooper* |
| Michael Cronkright | Peter A. Cooper |
| Michigan Bar P52671 | 400 5th Street, NW |
| 4601 W. Saginaw, Ste. J2A | Suite 350 |
| Lansing, MI 48917 | Washington, DC 20001 |
| (517) 881-4643 | pcooper@petercooperlaw.com |
| Michael@Cronkrightlaw.com | |

IT IS SO ORDERD:

_____    _____
                                                                                             Entered