AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

USA
*Plaintiff*
v.
CHRESTMAN
*Defendant*

Case No. 1:21-cr-00160-TJK

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

WILLIAM CHRESTMAN

Date: 11/17/2021

*Attorney's Signature*

Edward R. Martin Jr 481866
*Printed name and bar number*

10017 Park Royal Drive
Great Falls, VA 22066
*Address*

edmartin1791@gmail.com
*E-mail address*

(314) 606-6462
*Telephone number*

*FAX number*